## SANFORD V. CLARK.
*Failure to Satisfy Mortgage Record.*
(Decided Dec. 17, 1908.)

APPEAL from Autauga Circuit Court.

Heard before Hon. W. W. PEARSON.

C. E. O. TIMMERMAN, and GUNTER & GUNTER, for appellant. Z. ABNEY, and BALLARD & THOMAS, for appellee.

DOWDELL, J.—Judgment is affirmed on bill of exceptions being stricken.

TYSON, C. J., ANDERSON and MCCLELLAN, JJ., concur.

---

## SLOSS-SHEFFIELD STEEL & IRON CO. V. THE STATE.
*Taxation.*
(Decided Feb. 4, 1909.)

APPEAL from Lauderdale Circuit Court.

Heard before Hon. C. P. ALMON.

TILLMAN, GRUBB, BRADLEY & MORROW, for appellant. MITCHELL & HUGHSTON, for appellee.

Per curiam. Reversed and rendered by agreement.

---

## SMITH, ET AL. V. TERRY.
*Equity.*
(Decided Jan. 19, 1909.)

APPEAL from Coffee Chancery Court.

Heard before Hon. W. L. PARKS.

M. SOLLIE, for appellant. J. F. SANDERS, for appellee.

Per curiam. Appeal dismissed at cost of appellant.